# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>         )<br>     Plaintiff, )<br>         )<br>     vs. )<br>         )<br> PERIKLIS PETRIDIS, )<br>         )<br>     Defendant. ) | **CR06-183 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The defendant has filed a Motion to Dismiss (dkt # 9), and requested oral argument. The request is GRANTED. The Court will hold an evidentiary hearing and hear argument on the motion to dismiss on

<u>Thursday, June 29, 2006 at 10:30am</u>

The hearing will be held in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Dated this 16th day of June , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**