# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CR06-183 JPD** |
| PERIKLIS PETRIDIS, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

1. The Court hereby establishes the following schedule for the Jury Trial set to commence on Tuesday, August 8, 2006.

2. Counsel are to be present and ready to proceed beginning at 9:00am, on Tuesday, August 8, 2006. Jury selection will begin at 9:30am; upon selection of a panel, the Court will hear opening statements followed by the calling of the first witness. The Court will recess at noon, and resume at 1:30pm, continuing until 4:30pm. There will be a fifteen (15) minute recess both during the morning and afternoon session.

3. On Wednesday, August 9, and Thursday, August 10, trial will commence at 8:30am and run until 1:30pm. There will be two fifteen (15) minute recesses during the session. Counsel and witnesses are advised that it is possible that the Wednesday and Thursday schedules may

**MINUTE ORDER**

change to that described in paragraph 2

    4. The schedule for Friday, August 11, will mirror the first day of trial; i.e., the session will begin at 9:00am and continue to noon and resume at 1:30pm.

    5. The Court will conduct voir dire. Each party will be entitled to up to twenty (20) minutes of follow-up non-objectionable questioning. Jurors will be allowed to take notes after selection.

Dated this 24st day of July, 2006

/S/ Peter H. Voelker
Peter H. Voelker, Deputy Clerk

**MINUTE ORDER**